UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LE'MON DAVIS,

    Plaintiff,

v.

                              Case No. 25-cv-11181
                              Hon. Matthew F. Leitman

CONSOLIDATED RAIL CORP.,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT (ECF No. 5)

On October 6, 2025, the Court held a hearing on Defendant Consolidated Rail Corp.'s Motion to Dismiss or, in the Alternative, for Summary Judgment (ECF No. 5). For the reasons stated on the record, the Motion is **DENIED**. The Denial is without prejudice to Consolidated Rail Corp.'s rights to raise these same arguments in a second motion for summary judgment to be filed at the completion of discovery and on a fully developed record.

    **IT IS SO ORDERED.**

                                        s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: October 6, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 6, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
